**Order filed March 19, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00767-CV

_____

**STEAK R US, INC. D/B/A PEPPERS BEEF AND SEAFOOD, Appellant**

**V.**

**WEINGARTEN REALTY INVESTORS, WEINGARTEN REALTY MANAGEMENT COMPANY AND WRI-AEW LONE STAR RETAIL PORTFOLIO, Appellees**

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2010-07076**

## ORDER

The notice of appeal in this case was filed September 23, 2014. The clerk responsible for preparing the record notified this court that appellant had not made payment for the record. On February 26, 2015, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the

following order.

Appellant is ordered to file the clerk's record with the clerk of this court on or before April 3, 2015. *See* Tex. R. App. P. 35.3(c). If appellant fails to file the clerk's record in accordance with this order, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM